UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    2003 OCT 10  P 4: 27

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| LEROY J. HOLDMEYER, | : |
| PLAINTIFF | : CIVIL NO. 3:02CV1978 (PCD) |
| v. | : |
| ANN M. VENEMAN, SECRETARY, DEPARTMENT OF AGRICULTURE, | : |
| DEFENDANT. | : OCTOBER 10, 2003 |

## INITIAL MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, Ann M. Veneman, Secretary of the Department of Agriculture, hereby respectfully requests that this Court allow the parties an additional thirty (30) days until November 10, 2003, to conduct discovery in this case, and allow the defendant until December 15, 2003 to file a motion for summary judgment.

The Defendant requests this extension so that the parties, including the pro se plaintiff, may have time to continue their informal discovery and settlement discussions, and so that Defendant may thereafter have an opportunity to file a substantive motion if appropriate.

This is the first motion to extend this Court's April 21, 2003 order entering the parties' Form 26(f). The pro se plaintiff has no objection to the extensions sought.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Lauren M. Nash*
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct01705

- 2 -

## CERTIFICATION

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, on this 10th day of October, 2003, to:

Leroy J. Holdmeyer, pro se
47 Deer Lane
Ivoryton, CT 06442

_____
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY