Motion for Ext Tit
3CV 1978 moTe+
10

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

                              2003 OCT 10  P 4: 27

LDMEYER,            :                DISTRICT CO...
                                         NEW HAVEN, CON...

   PLAINTIFF       :         CIVIL NO. 3:02CV1978 (PCD)

   v.               :

EMAN, SECRETARY,    :
IT OF AGRICULTURE,  :

   DEFENDANT.    :       OCTOBER 10, 2003

## <u>INITIAL MOTION FOR EXTENSION OF TIME</u>

ant to Local Rule 7 of the Local Rules of Civil Procedure for the District of

the Defendant, Ann M. Veneman, Secretary of the Department of

hereby respectfully requests that this Court allow the parties an additional

ys until November 10, 2003, to conduct discovery in this case, and allow

the defendant until December 15, 2003 to file a motion for summary judgment.

     The Defendant requests this extension so that the parties, including the <u>pro</u> <u>se</u>

plaintiff, may have time to continue their informal discovery and settlement discussions,

and so that Defendant may thereafter have an opportunity to file a substantive motion if

appropriate.

October 17, 2003. Although it includes a Motion to move to extend a deadline 4 weeks after the deadline is passed the motion will be granted. Discovery will be completed by November 10, 2003 and any dispositive motions shall be filed. compliant with the supplemental Order.

FILED
Oct 17  4 15 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN