UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY J. HOLDMEYER, | : | |
| | : | |
| PLAINTIFF | : | CIVIL NO. 3:02CV1978 (PCD) |
| | : | |
| v. | : | |
| | : | |
| ANN M. VENEMAN, SECRETARY, | : | |
| DEPARTMENT OF AGRICULTURE, | : | |
| | : | |
| DEFENDANT. | : | NOVEMBER 25, 2003 |

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, Ann M. Veneman, Secretary of the Department of Agriculture, hereby respectfully requests that this Court allow the Defendant an extension of time within which to file a Motion for Summary Judgment in this case. Specifically, the Defendant asks until January 5, 2004 to file this substantive motion.

The Defendant requests this extension because undersigned counsel misconstrued the Court's last endorsement order. In its October 17, 2003 Order, the Court extended discovery until November 10, 2003, and then stated, "any dispositive motion shall be filed, compliant with the supplemental order, on or before December 1, 2003." Undersigned counsel construed this order as requiring that the Defendant serve her motion for summary judgment on the Plaintiff on December 1, 2003, and file a certificate of service of the motion on that date.

Defendant had requested the last extension of discovery primarily because the *pro se* Plaintiff indicated that he wanted to conduct some limited discovery. No

discovery was propounded by the Plaintiff by the November 10th deadline, and undersigned counsel began preparing Defendant's substantive motion. On November 17, 2003, after reexamining the Court's October 17th order, counsel questioned for the first time whether the Order in fact required filing of the motion *and* the opposition by December 1, 2003, which would have required the motion to have been served by November 10, 2003. Undersigned counsel contacted this Court's chambers on November 17th and asked one of this Court's law clerks this question. The clerk was also uncertain about the meaning of the Order, and consulted with Your Honor, who clarified that the motion was to be filed *with* opposition by December 1, 2003.

    Undersigned counsel honestly misunderstood the Court's Order, and therefore did not serve the motion by November 10, 2003. Undersigned counsel apologizes to the Court for this error, and now seeks permission to file a substantive motion on behalf of the Defendant by January 5, 2004. This would require undersigned counsel to serve the motion on the Plaintiff by December 15, 2003. Defendant has a jurisdictional argument in defense of the *pro se* Plaintiff's claims in this case, and undersigned counsel needs the additional time to finalize the motion now that discovery is closed.

    This is the second motion to extend this Court's April 21, 2003 order entering the parties' Form 26(f). The pro se plaintiff has no objection to the extension sought.

                                     Respectfully submitted,

                                     KEVIN J. O'CONNOR
                                   UNITED STATES ATTORNEY

                                   LAUREN M. NASH, ct01705

ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700

CERTIFICATION

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, on this 25th day of November, 2003, to:

Leroy J. Holdmeyer, pro se
47 Deer Lane
Ivoryton, CT  06442

_____

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY