FILED
Dec 4  3 25 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIFTON S. FREEDMAN,
Plaintiff,

VS

AMERICA ONLINE, INC.,
THE TOWN OF FAIRFIELD,
DETECTIVE WILLIAM YOUNG,
and DETECTIVE DAVID BENSEY,
Defendants.

: CIVIL ACTION NO.
: 303CV1048 (PCD)
:
:
:
:
: DECEMBER 2, 2003

## MOTION FOR ENLARGEMENT OF TIME

The undersigned defendants hereby move for an enlargement of time until December 24, 2003 in which to file an Objection to Plaintiff's Motion for Partial Judgment On The Pleadings And/Or Partial Summary Judgment dated November 18, 2003. The undersigned represents that this is the defendants' first request for additional time and that more time is needed for the undersigned to consult with his clients prior to filing an Objection.

Pursuant to Local Rule of Civil Prodcedure 7(b), contact was made with plaintiff's counsel, Daniel J. Klau, and counsel for the co-defendant, Collin Rushing, and they have no objection to this enlargement of time.

---

12/08/03. GRANTED. The defendants' motion for extension of time until 12/24/03 to file their objection to plaintiff's motion for partial judgment and or partial summary judgment is hereby granted. SO ORDERED.

Peter C. Dorsey, Senior, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY J. HOLDMEYER,

  PLAINTIFF   : CIVIL NO. 3:02CV1978 (PCD)

v.

ANN M. VENEMAN, SECRETARY,
DEPARTMENT OF AGRICULTURE,

  DEFENDANT.   : NOVEMBER 25, 2003

FILED Nov 25 1 51 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, Ann M. Veneman, Secretary of the Department of Agriculture, hereby respectfully requests that this Court allow the Defendant an extension of time within which to file a Motion for Summary Judgment in this case. Specifically, the Defendant asks until January 5, 2004 to file this substantive motion.

The Defendant requests this extension because undersigned counsel misconstrued the Court's last endorsement order. In its October 17, 2003 Order, the Court extended discovery until November 10, 2003, and then stated, "any dispositive motion shall be filed, compliant with the supplemental order, on or before December 1, 2003." Undersigned counsel construed this order as requiring that the Defendant serve her motion for summary judgment on the Plaintiff on December 1, 2003, and file a certificate of service of the motion on that date.

Defendant had requested the last extension of discovery primarily because the *pro se* Plaintiff indicated that he wanted to conduct some limited discovery. No discovery was propounded by the Plaintiff by the November 10th deadline, and

[Margin annotation, left side, vertical: "Defendant's motion for summary judgment shall be filed on or before January 5, 2004, compliant with the Supplemental Order. SO ORDERED."]

[Margin annotation, bottom left: "12/08/03. GRANTED. Defendant's motion for summary judgment shall be filed on or before January 5, 2004, compliant with the Supplemental Order. SO ORDERED. Peter C. Dorsey, Senior, U.S.D.J."]