UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY J. HOLDMEYER, | : | |
| | : | |
| PLAINTIFF | : | CIVIL NO. 3:02CV1978 (PCD) |
| | : | |
| v. | : | |
| | : | |
| ANN M. VENEMAN, SECRETARY, | : | |
| DEPARTMENT OF AGRICULTURE, | : | |
| | : | |
| DEFENDANT. | : | DECEMBER 15, 2003 |

CERTIFICATION OF SERVICE OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Supplemental Order of this Court, the Defendant, Ann M. Veneman, Secretary of the Department of Agriculture, through her undersigned counsel, hereby respectfully certifies that she has served today on the *pro se* Plaintiff a motion for summary judgment with supporting memorandum and Local Rule 56(a)1 Statement, by facsimile machine and first-class mail.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    LAUREN M. NASH, ct01705
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT 06508
    (203) 821-3700

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Certificate of Service was served by facsimile and simultaneously mailed, postage prepaid, on this 15th day of December, 2003, to:

Leroy J. Holdmeyer, pro se
47 Deer Lane
Ivoryton, CT  06442
FAX #  (860) 767-1520

<br>

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREN M. NASH
　　　　　　　　　　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY