UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*FILED*

*Dec 31  2 33 PH '03*

*U.S. DISTRICT COURT*
*NEW HAVEN, CONN.*

LEROY J. HOLDMEYER,

PLAINTIFF                              CIVIL NO. 3:02CV1978 (PCD)

v.

ANN M. VENEMAN, SECRETARY,
DEPERTMENT OF AGRICULTURE,

DEFENDANT                              DECEMBER 31, 2003

### INITIAL UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Plaintiff, Leroy J. Holdmeyer, hereby respectfully request that this Court allow the Plaintiff a 30 day extension of time within which to file papers opposing Defendant's Motion for Summary Judgment. Specifically, the Plaintiff asks until February 4, 2004 to file this substantive motion. Defendant's Motion for Summary Judgment was filed on December 15, 2003. The opposing counsel was contacted and there was no objection to this motion.

Respectfully Submitted,

Leroy J. Holdmeyer (Pro Se)

*Leroy J Holdmeyer*

# 47 Deer Lane
Ivoryton, CT 06442
(860) 767-7110

I certify that a foregoing copy (unopposed motion for extension of time) was sent via 1st class mail on 12/31/03. To the follow.

Lauren M. Nash
Assistant US Attorney
P.O. Box 1824
New Haven, CT
        06508


Leroy J. Holdmeyer

_____

Leroy J. Holdmeyer (pro se)
#47 Deer Lane
Ivoryton, CT
        06442