UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Dec 31  2 33 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LEROY J. HOLDMEYER,

PLAINTIFF

CIVIL NO. 3:02CV1978 (PCD)

v.

ANN M. VENEMAN, SECRETARY,
DEPERTMENT OF AGRICULTURE,

DEFENDANT

DECEMBER 31, 2003

## INITIAL UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Plaintiff, Leroy J. Holdmeyer, hereby respectfully request that this Court allow the Plaintiff a 30 day extension of time within which to file papers opposing Defendant's Motion for Summary Judgment. Specifically, the Plaintiff asks until February 4, 2004 to file this substantive motion. Defendant's Motion for Summary Judgment was filed on December 15, 2003. The opposing counsel was contacted and there was no objection to this motion.

GRANTED
Kevin F. Rowe, Clerk
By Deputy Clerk _____

FILED
Dec 31  2 54 PM
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Respectfully submitted,

Leroy J. Holdmeyer (Pro Se)

Leroy J. Holdmeyer
#47 Deer Lane
Ivoryton, CT 06442
(860) 767-7110