UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEROY J. HOLDMEYER,            : | |
| :                                | |
| PLAINTIFF            : | CIVIL NO. 3:02CV1978 (PCD) |
| :                                | |
| v.                        : | |
| :                                | |
| ANN M. VENEMAN, SECRETARY,     : | |
| DEPARTMENT OF AGRICULTURE,  : | |
| :                                | |
| DEFENDANT.         : | DECEMBER 15, 2003 |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Rule 56 of the Local Rules of Procedure for the District of Connecticut, and the Order of this Court, the Defendant, Ann M. Veneman, Secretary of the Department of Agriculture, through her undersigned counsel, hereby respectfully submits this motion for summary judgment in the above-captioned action. Defendant seeks judgment in her favor as to all counts of the complaint.

This motion is supported by a Local Rule 56(a)1 Statement, a memorandum of law and exhibits thereto, submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
FED. BAR # ct01705
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing Defendant's Motion for Summary Judgment was served by facsimile and simultaneously mailed, postage prepaid, on this 15th day of December, 2003, to:

Leroy J. Holdmeyer, <u>pro</u> <u>se</u>
47 Deer Lane
Ivoryton, CT  06442
FAX #  (860) 767-1520

                                                LAUREN M. NASH
                                                ASSISTANT U.S. ATTORNEY