UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY J. HOLDMEYER, | : | |
| | : | |
| PLAINTIFF | : | CIVIL NO. 3:02CV1978 (PCD) |
| | : | |
| v. | : | |
| | : | |
| ANN M. VENEMAN, SECRETARY, | : | |
| DEPARTMENT OF AGRICULTURE, | : | |
| | : | |
| DEFENDANT. | : | FEBRUARY 11, 2004 |

CERTIFICATION REGARDING FILING OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Supplemental Order of this Court, the Defendant, Ann M. Veneman, Secretary of the Department of Agriculture, through her undersigned counsel, hereby respectfully certifies that she is filing a motion for summary judgment with supporting memorandum and Local Rule 56 statement. This motion is filed with the Plaintiff's opposition and attachments thereto.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
Fax:(203) 773-5373
e-mail: lauren.nash@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Certificate of Filing was mailed, postage prepaid, on this 11th day of February, 2004, to:

Leroy J. Holdmeyer, pro se
47 Deer Lane
Ivoryton, CT  06442
FAX #  (860) 767-1520

 

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY