UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
FEB 11  2 31 PM '04
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LEROY J. HOLDMEYER, | : | |
| PLAINTIFF | : | CIVIL NO. 3:02CV1978 (PCD) |
| v. | : | |
| ANN M. VENEMAN, SECRETARY, DEPARTMENT OF AGRICULTURE, | : | |
| DEFENDANT. | : | February 11, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, Ann M. Veneman, Secretary of the Department of Agriculture, through her undersigned counsel, has manually filed the following document(s) pursuant to the Supplemental Order of this Court:

***Pro Se* Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment with Attachments.**

This document has not been filed electronically because:

- ☐ the document cannot be converted to an electronic format
- ☒ the electronic file size of the document exceeds 1.5 megabytes
- ☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- ☐ Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/ Lauren M. Nash
LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
Fax:(203) 773-5373
e-mail: lauren.nash@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Notice of Manual Filing was mailed, postage prepaid, on this 11th day of February, 2004, to:

Leroy J. Holdmeyer, pro se
47 Deer Lane
Ivoryton, CT 06442
FAX # (860) 767-1520

Lauren M. Nash
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY