UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

LEROY J. HOLDMEYER,

PLAINTIFF

CIVIL NO. 3:02CV1978 (PCD)

v.

ANN M. VENEMAN, SECRETARY,
DEPERTMENT OF AGRICULTURE,

DEFENDANT

FEBRUARY 4, 2004

### SECOND MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Plaintiff, Leroy J. Holdmeyer, hereby respectfully request that this Court allow the Plaintiff a 14 day extension of time within which to file Affidavits in support of opposing Defendant's Motion for Summary Judgment. Specifically, the Plaintiff asks until February 18, 2004 to file this substantive motion. Defendant's Motion for Summary Judgment was filed on December 15, 2003. The opposing counsel was contacted and there was no objection to this motion.

Respectfully submitted,

*Leroy J. Holdmeyer*

Leroy J. Holdmeyer (Pro Se)
#47 Deer Lane
Ivoryton, CT 06442
(860) 767-7110

I certify that a foregoing copy (unopposed motion for extension of time) was sent first class mail on February 18, 2004 to the following. (The initial 2 week extension was hand delivered on February 4, 2004.)

        Lauren M. Nash
        Assistant U.S. Attorney
        P.O. Box 1824
        New Haven, CT  06508

*[signature: Leroy J. Holdmeyer]*

Leroy J. Holdmeyer  (Pro Se)
47 Deer Lane
Ivoryton, CT  06442