UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEROY J. HOLDMEYER,

PLAINTIFF                                    CIVIL NO. 3:02CV1978 (PCD)

v.

ANN M. VENEMAN, SECRETARY,
DEPERTMENT OF AGRICULTURE,

DEFENDANT                                    FEBRUARY 4, 2004

### CERTIFICATION OF SERVICE OF PLAINTIFF'S MEMORANDUM OPPOSING DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Pursuant to the Supplement Order of this Court, the Plaintiff, Leroy J. Holdmeyer, hereby respectfully certifies that he has served today on the Defendant the following papers. Plaintiff's Memorandum in support of opposing Defendant's Motion for Summary Judgment, Plaintiff's Local Rule 56 (a)(2) Statement and a 14 day extension of time for filing affidavits in support of the above referenced Motions. These documents were hand delivered to the Defendant on February 4, 2004.

Respectfully submitted,

Leroy J. Holdmeyer (Pro Se)
#47 Deer Lane
Ivoryton, CT 06442
(860) 767-7110

I certify that a foregoing copy (Certification of service of plaintiff's memorandum opposing Defendant's Motion for Summary Judgment with supporting documents, Plaintiff's Local Rule 56 (a)(2) statement and a 14 day extension of time for filing Affidavits)was hand delivered on February 4, 2004 the following.

    Lauren M. Nash
    Assistant U.S. Attorney
    P.O. Box 1824
    New Haven, CT  06508

                        Leroy J. Holdmeyer  (Pro Se)
                        47 Deer Lane
                        Ivoryton, CT  06442