UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEROY J. HOLDMEYER, | : | |
| | : | |
| PLAINTIFF | : | CIVIL NO. 3:02CV1978 (PCD) |
| | : | |
| v. | : | |
| | : | |
| ANN M. VENEMAN, SECRETARY, DEPARTMENT OF AGRICULTURE, | : : | |
| | : | |
| DEFENDANT. | : | FEBRUARY 18, 2004 |

**INITIAL UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, Ann M. Veneman, Secretary of the Department of Agriculture, hereby respectfully requests that this Court allow the Defendant an extension of time within which to file a Reply Brief in Further Support of her Motion for Summary Judgment in this case. Specifically, the Defendant asks for an extension from February 19, 2004 until March 16, 2004 to file this reply brief.

The Defendant requests this extension because the pro se Plaintiff has indicated that he has not yet completed his opposition to the government's motion for summary judgment. While the Plaintiff has submitted an opposition memorandum and other documents which were filed with the moving papers on February 11, 2004, he has requested additional time from this Court to submit affidavits. Plaintiff initially requested until today, February 18, 2004, to submit these affidavits, but has just informed undersigned counsel that he needs a further extension until March 3, 2004.

Undersigned counsel has no objection to this second extension, but requires additional time following the submission of these affidavits on March 3, 2004 to review these documents and finalize and file a reply brief. Accordingly, Defendant now seeks to extend the time for filing a reply brief until March 16, 2004.

This is the first motion to extend this time deadline. The pro se plaintiff has no objection to the extension sought.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    LAUREN M. NASH, ct01705
    ASSISTANT U.S. ATTORNEY
    P.O. BOX 1824
    NEW HAVEN, CT  06508
    (203) 821-3700

## CERTIFICATION

This is to certify that a copy of the within and foregoing has been mailed, postage prepaid, on this 18th day of February, 2004, to:

Leroy J. Holdmeyer, pro se
47 Deer Lane
Ivoryton, CT  06442

    _____

    LAUREN M. NASH
    ASSISTANT U.S. ATTORNEY