UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Feb 19   3 01 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| LEROY HOLDMEYER,<br>Plaintiff, | : <br> : <br> : |
| -vs- | : Civil No. 3:02cv1978 (PCD) |
| ANN M. VENEMAN, Secretary,<br>DEPT. OF AGRICULTURE<br>Defendant. | : <br> : <br> : <br> : |

### RULING ON VARIOUS MOTIONS FOR EXTENSIONS OF TIME

Plaintiff moves for an extension of time to file additional affidavits in support of his already-filed Memorandum opposing Defendant's motion for summary judgment. Defendant does not oppose Plaintiff's motion, but if the motion is granted seeks additional time to review the affidavits and file a reply brief.

Plaintiff's motion for extension of time [Doc. No. 26] is **granted**. Plaintiff shall file his additional supporting affidavits on or before March 3, 2004. Defendant's motion for extension of time [Doc. No. 28] is **granted** absent opposition. Defendant shall file her reply on or before March 16, 2004. Accordingly, Plaintiff's motion for extension of time [Doc. No. 25] is **denied** as moot.

SO ORDERED.

Dated at New Haven, Connecticut, February 19, 2004.

Peter C. Dorsey
United States District Judge