John L. Roderick
519 East River Street Lot 50
Orange, MA 01364

CASE # 3:02CV1978 (PCD)

AFFIDAVITED

MAR 3  2 54 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

February 1, 2004

To Whom It May Concern:

My name is John L. Roderick, I reside at 519 East River Street, Lot 50, Orange, MA 01364 and I have worked for the U.S. Department of Agriculture since 1977.
During my career with the Agency I have worked many different assignments as a Relief Inspector, such as slaughter, processing, trainer, and HACCP Facilitator.
It was during my tenure as a HACCP Facilitator training the various staffs in Headquarters Washington, D.C. that I learned some information about a supervisor that I worked with back in the Boston District.
The training session ran from 02/02/99 to 02/04/99 in Washington, D.C. The trainees were from ten different departments within the Agency. It was during a break in the training that I became involved in a conversation with some personnel from Civil Rights, that Dr. Holdmeyer's name came up. I was asked if I knew Dr. Holdmeyer and I replied, "yes I did". I was asked what kind of a person he was, and I replied, "firm but fair, by the book" and that "I would work in Hell with him". I was asked if I knew he had filed a complaint, and I said that I had heard he had. During the course of the conversation I was told that his complaint was substained, but for some unknown reason the complaint got squashed.
That evening at dinner I discussed what I had learned with my partner/co-facilitator, as he knew Dr. Holdmeyer as well. I asked my partner if I should bring what I learned to Dr. Holdmeyer's attention. He suggested that I do what I thought best.
I continued to do the training sessions in Washington, D.C. during 02/99 and most of 03/99. It was in the last week of 03/99 that I ran into Dr. Holdmeyer and informed him of what I had learned during the 02/02/99 to 02/04/99 training session in Washington, D.C. I apologized for not telling him sooner, but that did not stop him from becoming furious and going ballistic. I fully understood his feelings, if I were in his shoes I would have felt and acted the same way.
I am writing this in behalf of Dr. Holdmeyer because I believe a wrong has been committed that needs to be righted for him.
To the best of my knowledge and memory, (it has been five years) my statements are true and accurate.

Respectfully,

*[signature: John L. Roderick]*
John L. Roderick
Relief CSI
Providence, RI. Circuit

*[signature: Fernando Rodriguez]*
May 29, 2004

*Affidavit*
*Case # 3:02CV1978 (PCD)*

I (Leroy J. Holdmeyer) certify that all my statements in documents submitted to the Court regarding Civil case Number 3:02CV1978 (PCD) are true and accurate.

Respectfully,

*MAR 3  2 56 PM '04*
*U.S. DISTRICT COURT*
*NEW HAVEN, CONN.*

*[signature: Leroy J. Holdmeyer]*

Leroy J. Holdmeyer

*[signature: Alice M. Septum]*
*Comm. exp 7/31/07*

I certify that a foregoing copy (Affidavits) was sent first class mail on March 3, 2004 to the following.

    Lauren M. Nash
    Assistant U.S. Attorney
    P.O. Box 1824
    New Haven, CT  06508

                                      */s/ Leroy J. Holdmeyer*
                                    Leroy J. Holdmeyer  (Pro Se)
                                    47 Deer Lane
                                    Ivoryton, CT  06442