UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Jun 14  9 59 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

LEROY J. HOLDMEYER

v.                                                   Civil No. 3:02 CV 1978 (PCD)

ANN M. VENEMAN, SECRETARY
DEPARTMENT OF AGRICULTURE

### JUDGMENT

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Peter C. Dorsey, Senior, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on June 9, 2004, entered a Ruling granting defendant's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 14th day of June, 2004.

KEVIN F. ROWE, CLERK
By

*Patricia A. Villano*

Patricia A. Villano
Deputy Clerk

EOD: 6/14/04