UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LEROY J. HOLDMEYER,

PLAINTIFF                                    CIVIL NO. 3:02CV1978 (PCD)

v.

ANN M. VENEMAN, SECRETARY,
DEPARTMENT OF AGRICULTURE,

DEFENDANT                                    June 7, 2004


### MOTION SEEKING CLARIFICATION AND APPLICATION STATUS

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Plaintiff, Leroy J. Holdmeyer, hereby respectfully requests that this Court provide clarification on the term "FSIS Employee" (as stated in Job Announcement number: FSIS-MMP-2004-0098 "Who can apply section") regarding individuals whom resigned employment from the same agency with pending EEO complaints. The plaintiff has been denied the opportunity to apply for similar positions in the past by FSIS Human Resource personnel. The USDA Department Regulation 4300-7 (Processing EEO Complaints of Discrimination dated 3/3/99) stated definition of employee as "an individual employed or previously employed in any position with the Department." Furthermore, FSIS Merit Promotion Plan dated 5/6/99 identifies the area of consideration which can be extended for various reasons such as ".....discussions with EEO specialist and EEO reports". The Servicing Personnel Office (SPO) documents the reasons in the promotion file for re-advertising a vacancy announcement with an extended area of

consideration. Specifically, the Plaintiff asks the court to allow application of said job announcement as a clarified employee status or via re-advertising the job with an extended area of consideration. Since the closing date for this vacancy is June 7, 2004, additional time would be needed to file this application in a timely manner. See attached documents.

Respectfully Submitted,

Leroy J. Holdmeyer (Pro Se)

*Leroy J. Holdmeyer*

#47 Deer Lane

Ivoryton, CT 06442

(860) 767-7110

I certify that a foregoing copy (Motion seeking clarification) was sent first class mail on June 7, 2004 to the following.

    Lauren M. Nash
    Assistant U.S. Attorney
    P.O. Box 1824
    New Haven, CT 06508

    Leroy J. Holdmeyer (Pro Se)
    47 Deer Lane
    Ivoryton, CT 06442

**USAJOBS** — USAJOBS is the official job site of the United States Federal Government.
"WORKING FOR AMERICA" — It's your one-stop source for Federal jobs and employment information.

FAQS | PRIVACY POLICY | HELP | SITE MAP

HOME | SEARCH JOBS | MY USAJOBS | EMPLOYER SERVICES

## Food Safety And Inspection Service

**Department:** Departmen Agriculture
**Agency:** Food Safety and Service
Vacancy Announcement Nu MMP-2004-0098

Vacancy Announcement

Related Job Link: **Apply Online for FSIS**

Food Safety and Inspection Service, USDA

**PLEASE READ ALL INFORMATION CAREFULLY**

POSITION: FRONTLINE SUPERVISOR (INTERDISCIPLINARY)

ANNOUNCEMENT NUMBER: FSIS-MMP-2004-0098
SERIES & GRADE: GS-0696-12/13
SALARY RANGE: 61887 - 95672
PROMOTION POTENTIAL: 13
OPENING DATE: 05/10/2004
CLOSING DATE: 06/07/2004

DUTY LOCATIONS: 1 vacancy Holden, MA

WHO CAN APPLY?

Employees of USDA's Food Safety and Inspection Service, Commissioned Corps Officers and Commissioned Corps applicants of the Public Health Service (See how to apply).

WHAT ARE THE MAJOR DUTIES OF THIS POSITION?

This is an excellent opportunity for those seeking a greater leadership role and responsibility!!!
Here's what to expect:

"      You will oversee and coordinate review, implementation, and ongoing assessment of inspection and enforcement activities at meat, poultry, and egg products establishments in a defined geographic area.

"      Your responsibility includes identifying public health or food safety issues, and directing activities of frontline personnel to conduct inquiries or assessments, document findings, and take or recommend appropriate action.

"      You will supervise and coordinate the work activities of individuals or cross-functional teams of FSIS Food Inspectors, Consumer Safety Inspectors, Veterinary Medical Officers, and Consumer Safety Officers in an assigned area.

"      You will conduct performance reviews, develop and mentor your team members, and address employee and labor relations problems and issues. You may participate in making job selection decisions.

"      Additional skills desired will be computer skills, communication with customers, resourcefulness with investigations, problem solving, follow-up, and the ability to work well with multiple tasks. Must work well independently to manage schedule.

HOW MUCH TRAVEL IS REQUIRED
Travel varies by the size and geographical area that you are assigr

WHAT ARE THE QUALIFICATION REQUIREMENTS?

There are several basic components of your experience that together define the qualification requirements. These components are:

1) educational qualifications
2) time in grade
3) specialized experience.

For the GS-0696-12/13:
Educational Requirements:
In order to meet the basic educational requirements
for the GS-0696 series, you will need to have completed
education which includes at least 30 semester hours
(45 quarter hours) in the basic biological and physical
sciences (e.g., Animal Science, Chemistry, Food Science,
Nutrition, Public Health, Zoology, etc.) by the closing date
of this announcement.

Time in grade:
In order to meet time-in-grade, you must have completed
52 weeks of specialized experience at the next lower level in
the federal service within 30 days of the closing date of this
announcement.

Specialized experience: In order to meet specialized experience
requirements, you must have completed 52 weeks of
progressively responsible specialized experience equivalent to
the next lower level in the Federal service. This requirement must
be met within 30 days of the closing date of the announcement.
Specialized experience is experience showing the ability to
perform, plan or manage complex food safety activities.
Qualifying experience typically includes compliance work in
the 1801 series, processed products inspection or the supervision
of processed product inspection.

You may view the OPM qualifications handbook to see
information on qualifications.

For the GS-0701-12/13:
Educational Requirements for ALL GS-701 VMO positions:
Completion of a Doctor of Veterinary
Medicine degree from a veterinary school approved by the
American Veterinary Medical Association

(AVMA), or documentation of a license to practice
veterinary medicine in the U.S.; an ECFVG certificate;
or acceptable alternatives shown in the OPM qualifications
handbook.

Time in grade: In order to meet time-in-grade requirements
you must have completed 52 weeks of progressively
responsible, professional veterinary experience equivalent to
the next lower level in the Federal service within 30 days of
the closing date of the announcement.
Specialized experience: Your 52 weeks of specialized experience
must demonstrate the ability to perform, plan or manage complex
veterinary medical activities, and be met within 30 days of the clos
date of this announcement.

## HOW DO I APPLY FOR THIS POSITION?

For current FSIS employees:

Go into the www.foodsafetyjobs.gov website. Click on the
"Log In" button, and a welcome screen will appear,
prompting you through the system and allowing you
to apply for jobs. Extensive information is available
at this location. To begin, click HERE. \

For Commissioned Corps Officers and Commissioned Corps Applica

Officers on active duty in the Public Health Servie (PHS) Commissi(
Corps, PHS Inactive Reserve Corps Officers, and applicants to the l
Commissioned Corps.

Officers on active duty in the Public Health Service (PHS) Commiss
Corps, PHS Inactive Reserve Corps Officers, and applicants to the l
Commissioned Corpos should send hard copy applications (i.e. Cur
Vitae) to the HR contact address listed in this announcement. Appl
to the PHS Commissioned Corps should also submit a copy of their
Commissioned Corps application. Officers and Corps applicants shc
apply on-line through the automated system. Officers and Corps a{
are strongly encouraged to submit all materials requested here (or

U.S. Department of Agriculture
Washington, D.C. 20250

| DEPARTMENTAL REGULATION | Number: 4300-7 |
|---|---|

| SUBJECT: | DATE: March 3, 1999 |
|---|---|
| Processing EEO Complaints of Discrimination | OPI: Office of Civil Rights |

1     PURPOSE

The purpose of this regulation is to establish rules and guidelines pursuant to 29 CFR Part 1614 by which the United States Department of Agriculture (USDA or the Department) will process administrative complaints of employment discrimination filed by USDA employees and applicants for USDA employment.

2     SCOPE

This regulation extends to all informal and formal complaints of alleged discrimination in employment against USDA agencies and is applicable for all USDA employees and applicants for employment.

3     POLICY

       a     It is USDA policy to provide a work environment free from decisions based on race, color, gender, religion, national origin, age, disability, political beliefs, marital or familial status, reprisal, and sexual orientation. The Department's objective is to resolve complaints as early as possible. Complaints arising from sexual orientation and/or marital or familial status are only processed within the Department. They are not appealable to the U.S. Equal Employment Opportunity Commission (EEOC) or any other non-USDA agency or department.

       b     General Policies

             (1)     <u>Coverage</u>. Any employee or applicant for employment who believes that he/she has been discriminated against in employment due to an action or decision by an official or employee of the Department, and believes that the discrimination was based on race, color, gender, religion, national origin, age, disability, political beliefs, marital or familial status, reprisal, equal pay,

and/or sexual orientation may file a complaint under this departmental regulation.

(2) <u>Posted</u>. Agencies must conspicuously post at each work location a notice of Equal Employment Opportunity (EEO) Counselors, the EEO complaint processing procedures, the telephone number to initiate counseling, and the required timeframes, using a form approved by CR.

(3) <u>Responsibility of the Complainant</u>. Any person who files a complaint has a responsibility to cooperate with the processing of the complaint, including: specific responses to offers of resolution; providing requested information in a timely manner; and furnishing the EEO Counselor, Office of Civil Rights (CR), or the complaint investigator with a current address and telephone number for himself or herself and any representative.

(4) <u>Processing</u>. The Department will process all complaints expeditiously and in accordance with EEOC Management Directive 110. All complaints will be handled in a fair and impartial manner. When a complaint is filed about a matter, all records relating to the matter will be maintained until the complaint is closed and no further avenue of appeal is available.

(5) <u>Time Limits</u>. Unless otherwise mentioned, all days are calendar days. Consistent with the rules, regulations, and other applicable requirements by the Equal Employment Opportunity Commission (EEOC), the Department shall extend the time for processing complaints. Factors to be weighed include a showing that the complainant (a) was not notified of the time limit and was otherwise unaware of it; (b) was prevented by circumstances outside of his or her control from meeting the time limits, and he or she exercised due diligence in attempting to exercise the right involved in a reasonably timely manner; or (c) submitted a reasonable request, in writing, prior to the expiration of the time limit, and to grant the request will not severely prejudice the Department or the rights of employees.

(6) <u>Conflicts of Interest.</u> All employment discrimination complaints will be resolved without exposure to conflicts of position, conflicts of interest, or the appearance of such conflicts. To ensure compliance with the requirement and to maintain the integrity of the EEO complaint program, all functions related to personnel actions will be kept separate from the EEO complaint process.

(7) <u>Records</u>. Counselors and investigators must be given access to original records. Where files must be sent to locations apart from the normal record repository, the Agency may take the usual precautions to protect

2

and safeguard its records.

(8) <u>Sharing Information</u>. Information in a complaint file is protected by the Privacy Act as a record under the complainant's name. Individual statements made by others involve their right to privacy also. Any request for information from the file, or request for use, that is not already authorized in this chapter must be sent to CR for processing as a Freedom of Information Act (FOIA) request.

4    AUTHORITIES

    a    <u>Statutory and Executive Orders</u>

        (1)    Title VII of the Civil Rights Act of 1964 (Title VII) (42 U.S.C. § 2000e et seq.).

        (2)    Age Discrimination in Employment Act of 1967 (ADEA) (29 U.S.C. § 791 et seq.).

        (3)    The Equal Pay Act of 1973 ( 29 U.S.C. § 206(d)).

        (4)    The Rehabilitation Act of 1973 ( 29 U.S.C. § 791 et seq.).

        (5)    Executive Order 11478 (34 FR 12985 (1969)).

        (6)    Executive Order 13087 (63 FR 30097 (1998)).

        (7)    Civil Rights Act of 1991, Pub.L. 102-166.

        (8)    Older Workers Act, Benefits Protection Act, Pub.L. 101-433, 29 U.S.C. 626(f)(2).

    b    <u>Regulatory</u>

        (1)    29 CFR Part 1614.

        (2)    5 CFR 300.102(C), 300.103(c).

        (3)    7 CFR 2.89(a)(21).

        (4)    5 CFR Part 1201 Subpart E.

3

c   <u>Departmental Policy</u>

Departmental Regulation 4300-6, Civil Rights Policy for the Department of Agriculture (establishes prohibitions against discrimination against USDA employees based on political beliefs, sexual orientation, marital or familial status.

5   DEFINITIONS

a   ADR - Alternate Dispute Resolution refers to a whole range of dispute resolution approaches, other than court or EEOC adjudication, which can assist disputing parties in resolving disagreements.

b   Agency - One of the components of the Department (e.g, Foreign Agricultural Service, Risk Management Agency, Food and Nutrition Service).

c   Applicant - An individual seeking employment in any position within USDA.

d   ASA - The Assistant Secretary for Administration is delegated full authority for the performance and oversight as the Department's Director of Equal Employment Opportunity.

e   Basis - The prohibited factors of discrimination, i.e., race, color, gender, marital or familial status, age, religion, national origin, disability, sexual orientation, equal pay, political beliefs, or retaliation.

f   Complaint - A written, signed allegation that an action, failure to act, or decision by USDA that personally affected an applicant or employee was discriminatory with regard to a prohibited basis.

g   Complaint Process - The entire set of actions possible in an EEO complaint, including counseling, acceptance, rejection, investigation, resolution, hearing, decision, appeal, and civil action.

h   Counselor - An individual assigned to discuss and attempt to facilitate the resolution of informal complaints within the Department.

i   Director, Office of Civil Rights (CR) - Develops principles, policies, and objectives for the Department related to Federal employment discrimination. Has full responsibility for investigation, adjudication, and resolution of complaints of discrimination arising out of USDA employment activities.

j   ECD - The Employment Complaint Division of the Office of Civil Rights, responsible for the operation of the Department's EEO Complaint System.

4

| | | |
|---|---|---|
| k | EEOC | The Equal Employment Opportunity Commission is the Federal Agency with overall responsibility for implementing Title VII (Employment) of the Civil Rights Act of 1964 and other laws prohibiting discrimination in Federal employment. |
| l | Employee | An individual employed or previously employed in any position with the Department. |
| m | Family Status | An individual's family composition, including the makeup of his/her household, parental status, or other family relationships. |
| n | Informal Complaint | An allegation concerning any issue that is presented to a Counselor. |
| o | Issue | The action or decision (including a failure to act or decide) or a policy or practice of the Department that has affected an applicant or employee which is alleged to have been discriminatory. |
| p | Marital Status | The state of a person being married, unmarried, or divorced. |
| q | Mixed Case | An allegation of discrimination in a matter that is appealable to the Merit Systems Protection Board (MSPB). Mixed cases may be either a mixed case complaint (processed initially within USDA) or a mixed case appeal (processed initially at MSPB). |
| r | OGC-CRD | Office of the General Counsel-Civil Rights Division provides the legal interpretation and assistance as necessary to the Department's EEO program. |
| s | PPD | Policy and Planning Division of CR which is responsible for the development and implementation of civil rights policies and programs within the Department. |
| t | Responsible Management Official | The person named by the complainant or indicated by the record as responsible, in whole or in part, for taking or recommending the action or decision that is the issue of the complaint. |
| u | USDA Agency EEOO | Equal Employment Opportunity Officer is the official (usually the Agency Head) responsible for the EEO program in each agency of the Department. |

6   INDIVIDUAL COMPLAINTS

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FOOD SAFETY AND INSPECTION SERVICE**
**WASHINGTON, DC**

| # FSIS NOTICE | 17-04 | 3/5/04 |
|---|---|---|

## EQUAL EMPLOYMENT OPPORTUNITY POLICY STATEMENT

The Food Safety and Inspection Service reaffirms its commitment to the principles of Equal Employment Opportunity (EEO). All Agency employees and applicants for employment must be treated with respect, dignity, fairness, and equality regardless of race; color; national origin; religion; age (40 and over); gender; mental or physical disability; sexual orientation; marital, family, or parental status; political beliefs; protected genetic information; or reprisal (retaliation) for prior EEO activity. Employees must abide by this policy regardless of personal opinions.

Managers and supervisors must ensure that their employment decisions and actions are in compliance with EEO laws and policies. They are responsible for providing leadership, educating and updating employees on EEO and civil rights issues in the workplace, and ensuring that lines of communication are open at all levels. Each manager and supervisor must take personal responsibility to communicate information in a way that ensures equal access.

As the Agency's mission evolves, we must continue to demonstrate our commitment to attain and maintain a diverse workforce. This will enhance our ability to successfully develop effective solutions to the challenges of food safety and biosecurity risks. Continuing to attract a talented and diverse workforce in all occupations and grade levels, and demonstrating fairness, cooperation, and respect toward all employees is critical. Therefore, discriminatory actions in the workplace will not be tolerated. EEO laws and Agency policy mandate equal opportunity and prohibit discrimination in all policies, practices, and operations.

For more information on EEO or civil rights, employees may contact the Civil Rights Division at 301-504-7756 (Voice and TDD), 1-800-269-6912 (Toll-free), or link to the Civil Rights Division web page at http://www.fsis.usda.gov/OM/CRD/toc.htm.

*[signature]*
Assistant Administrator
Office of Management

| DISTRIBUTION: | NOTICE EXPIRES: | OPI: |
|---|---|---|
| All Employees | March 1, 2005 | CRD – Program Planning, Analysis and Compliance Branch |

**UNITED STATES DEPARTMENT OF AGRICULTURE**
FOOD SAFETY AND INSPECTION SERVICE
WASHINGTON, DC

| FSIS DIRECTIVE | 4335.1 REVISION 2 | 5/6/99 |
|---|---|---|

## MERIT PROMOTION PLAN

### PART ONE—BASIC PROVISIONS

**I.      PURPOSE**

This directive:

A. Transmits the USDA Merit Promotion Plan.

B. Supplements the USDA Plan with Agency-specific procedures.

C. Gives basic requirements for evaluating, ranking, and selecting employees under competitive procedures.

**II.     CANCELLATION**

This directive cancels:

A. FSIS Directive 4335.1, dated 4/8/82. **NOTE:** This directive is numbered Revision 2. Previous editions were dated 11/19/79 (Basic) and 4/8/82 (first revision).

B. FSIS Directive 4335.7, dated 5/26/93.

**III.    REASON FOR REISSUANCE**

This directive is completely rewritten to:

A. Comply with provisions of the USDA Plan.

B. Update career ladders and minimum areas of consideration for FSIS positions.

C. Incorporate guidance formerly issued in FSIS Notices and FSIS Directive 4335.7.

---

| DISTRIBUTION: | OPI: |
|---|---|
| All Employees | HRD – Employment Services and Policy Branch |

B. FSIS policy is to:

1. Comply with Federal and Departmental rules and regulations related to merit promotion and with the terms of any negotiated bargaining agreement.

2. Base selection for promotion (including placement and training that could lead to promotion) on merit factors and job-related criteria without regard to political, religious, or labor organization affiliation or nonaffiliation, marital status, race, color, sex, national origin, nondisqualifying disability, age, or sexual orientation.

3. Consider candidates eligible for placement through other means, including special hiring authorities and programs, as appropriate (**EXAMPLES**: veterans readjustment appointments, displaced/surplus employees, disabled veterans, reinstatement eligibles, persons with severe disabilities, or **OPM** certificates of eligibles).

C. FSIS policy does not guarantee employee promotions and does not require that a vacancy be filled by promotion.

## VIII.   COVERAGE

A. This directive covers promotions in the competitive service through grade 15 in the GS and similar pay systems, and in prevailing rate schedules.

B. Competitive promotion procedures apply to the selection of employees for promotion and the other placement actions in DPM 335, Appendix B, Section I., Part B. 1. (See Attachment 1-1.)

C. Competitive procedures do not apply to:

1. The actions listed in DPM 335, Appendix B, Section I., Part B. 2. (a) (1), (b), (c) and 3. (See Attachment 1-1.)

2. Promotions resulting from an employee's position being classified at a higher grade because of additional duties and responsibilities when **all** of the following apply:

a. The conditions in DPM 335, Section, I, Part B, 2. (a) (2) are met. (See Attachment 1-1.)

b. The action does not result in an additional vacancy.

c. The occupational series for the position does not change from one-grade interval (**EXAMPLE**: GS-303-5/6/7/8) to a position with two-grade intervals (**EXAMPLE**: GS-343-5/7/9)

E.  **Performance Rating of Record.** The performance rating required at the end of the annual appraisal cycle or at other times when specified in FSIS Directive 4430.1.

F.  **Promotion (or Selection) Certificate.** A roster containing the names of the best qualified candidates (in alphabetical order) from which selections may be made for promotion or other competitive personnel action.

G.  **Promotion File.** A file containing all relevant documentation about a particular vacancy filled through the merit promotion process. Such documentation typically includes the vacancy announcement, applications submitted, record of each candidate's eligibility for consideration, promotion ratings (if rated by a panel), promotion certificate, and the name of the candidate selected.

H.  **Promotion Rating.** The numerical rating assigned to a candidate's application by the promotion panel.

I.  **Qualified Candidate (or Applicant).** An applicant who meets the OPM qualifications standards, any selective factors, performance rating level, and other requirements (such as time-in-grade, if applicable) within 30 days after the closing date of the vacancy announcement (for announced vacancies).

J.  **Recurring Vacancy System (or Recurring Vacancies).** The competitive procedures used to fill most food inspector positions (GS-1863) on a recurring basis as vacancies occur. (See FSIS Directive 4335.6.)

K.  **Selecting Official.** The person who selects the candidate to fill a vacant position. The immediate supervisor of the position to be filled is normally the selecting official unless another appropriate management official is designated.

L.  **Servicing Personnel Office.** The designated contact office for a particular vacancy.

M.  **Temporary Promotion.** The official assignment of an employee to a higher-grade position for which the employee receives compensation at the higher grade for a specified period.

N.  **Vacancy Announcement.** A notice used to solicit applications for a vacant position. The announcement describes the position to be filled, qualification requirements, application procedures, evaluation criteria, and similar information.

## XIII. HOW TO APPLY

A. **Announced Vacancies.** Follow instructions in the vacancy announcement. Attachment 2-2 contains additional guidance and tips on completing an application.

B. **Absent Employees.**

1. Employees on extended approved absence (**EXAMPLES**: leave, official travel, detail, or long-term training) who are seeking promotion opportunities should regularly seek information on available vacancies as described in Subparagraph C.

2. Employees must file the appropriate forms within the required timeframes or as specified by the SPO.

C. **Locating Vacancies.**

1. FSIS vacancies with a "nationwide" area of consideration are posted in the Agency's printed Bi-Weekly Nationwide Listing. The listing is also available electronically in:

    a. HPDesk in the electronic library. Open the catalog entitled "Field Vacancies" or "HQ Vacancies".

    b. Outlook, in the Public Folder entitled "Personnel".

2. Employees may also:

    a. Call POB for information about FSIS field vacancies, and ESPB for headquarters vacancies.

    b. Locate vacancies posted in OPM's Federal Job Opportunities Bulletin by accessing "USAJobs" as follows:

        (1) Access the Internet (address: http://www.usajobs.opm.gov).

        (2) Dial (912) 757-3100 (modem required).

        (3) Call by telephone on (912) 757-3000.

D. **Accepting Outside Applications.**

1. Applications may be accepted from qualified USDA employees and others outside the area of consideration, depending on such factors as the number of applicants and whether hiring restrictions are in effect. The vacancy announcement states how applications outside the area of consideration will be handled.

b. Except for Career Enhancement positions, no additional restrictions may be made on who may apply or be considered within the established *area of consideration* for a vacant position.

c. Personnel offices should encourage their managers to concurrently consider a wide variety of sources in filling their positions.

4. <u>Payment of Relocation Expenses Under Merit Promotion</u>. Because of Comptroller General decisions on the meaning of the phrase "...in the interest of the Government..." at 5 U.S.C. 5724(a), the following criteria is established for when it is **not** in the interest of the Government to pay relocation expenses pursuant to a merit promotion selection:

   a. The payment of relocation expenses will require the displacement of another employee because of budgetary constraints imposed by an authority beyond the Agency's control (i.e., the Department, the Office of Management and Budget or Congress); or

   b. If it is determined, in advance of the vacancy announcement, that the local labor market has produced enough high quality candidates from which selection may be made.

Unless an Agency can clearly identify other reasons why it is not in the Government's interest to pay relocation expenses, Agency recruiting efforts are considered a prima facie case that such expenses will be paid. If there are other policy reasons why an Agency will not pay relocation expenses, they will be stated in the Agency Supplement. Budgetary constraints alone cannot be the basis for such a policy. [See Comptroller General rulings for further information.]

5. <u>Union Agreements</u>. The *area of consideration* is subject to bargaining under 5 U.S.C. 71 only at the election of the Agency.