# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Leroy J. HOLDMEYER,                    :
     Plaintiff,                          :
                           :       Case No: 3:02cv1978 (PCD)
  vs.                                   :
                           :
Ann M. VENEMAN, SECRETARY,             :
DEPARTMENT OF AGRICULTURE,             :
     Defendant.                          :

## <u>RULING ON MOTION FOR CLARIFICATION</u>

Plaintiff's Motion Seeking Clarification [Doc. No. 34] is **denied**. The Court cannot interpret or clarify Defendant's job posting. Furthermore, as summary judgment has entered in favor of Defendant, the Court will not issue an order that Plaintiff be allowed to apply for the position.

SO ORDERED.

Dated at New Haven, Connecticut, June  14 , 2004.

_____ /s/
Peter C. Dorsey, U.S. District Judge
United States District Court

1