FORM 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT    FILED

JUL 9  2 22 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Leroy J. Holdmeyer

v.

CIVIL CASE NO. 3:02 CV 1978 (PCD)

Ann M. Veneman Secretary
Department of Agriculture

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), Leroy J. Holdmeyer hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):

Attached Judgment II

2. The Judgment /Order in this action was entered on ___6/9/04___.
(date)

Leroy J. Holdmeyer
Signature

Leroy J. Holdmeyer
Print Name

#47 Deor Lane

Ivoryton, CT  06442
Address

Date: 7/9/04

(860) 767-7110
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court
within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United
States is a party).

33

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

Jun 14  9 59 AM '04

U.S DISTRICT COURT
NEW HAVEN, CONN

LEROY J. HOLDMEYER

v.

Civil No.  3:02 CV 1978 (PCD)

ANN M. VENEMAN, SECRETARY
DEPARTMENT OF AGRICULTURE



## <u>JUDGMENT</u>

This matter came on for consideration on the defendant's motion for summary judgment before the Honorable Peter C. Dorsey, Senior, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on June 9, 2004, entered a Ruling granting defendant's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 14th day of June, 2004.

KEVIN F.  ROWE, CLERK
By

Patricia A. Villano

Patricia A. Villano
Deputy Clerk

EOD:  6|14|04