**DISTRICT OF CONNECTICUT - NEW HAVEN**
**NOTICE OF APPEAL COVER MEMO**

DATE: __July 12, 2004__    TO:    Intake Clerk

FROM:  __Joanne Pesta__

FILED
JUL 19  12 33 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

**CASE TITLE:**    __Holdmeyer v Dept of Agriculture__

**DOCKET NO.:**    __3:02-cv-1978(PCD)__

**NOTICE OF APPEAL:**    filed: __July 9, 2004__

**APPEAL FROM:**    final judgment: __X__

interlocutory: __

other: __

**DOCKET SHEET:**    Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**    Paid __✓__    Due _____    N/A _____

IFP revoked _____    Application Attached _____

IFP pending before district judge ____

**COUNSEL:**    CJA _____    Retained _____    Pro Se __✓__

**TIME STATUS:**    Timely __✓__    Out of Time _____

**MOTION FOR**
**EXTENSION OF TIME:** Granted _____    Denied _____

**COA:**    Granted _____    Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: __Stanley A. Wade__    DATE: __07/14/04__
DEPUTY CLERK, USCA

USCA No. _____.