# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

(New Haven)

IN RE:   HOLDMEYER

DOCKET NO. 3:02-cv-1978(PCD)

FILED
AUG 9 2 02 PM '04

VS.

USCA NO.

IN RE:   DEPT OF AGRICULTURE

**INDEX TO RECORD ON APPEAL**

04-3843

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND
VOLUMES OF ORIGINAL RECORD.

DATE: 7/14/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

cv

PROSE, CLOSED, APPEAL

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:02-cv-01978-PCD
## Internal Use Only

Holdmeyer v. Agriculture
Assigned to: Judge Peter C. Dorsey
Demand: $300000
Cause: No cause code entered

Date Filed: 11/07/2002
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2002 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # H007780 (Ferguson, L.) (Entered: 11/08/2002) |
| 11/07/2002 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 5/9/03 ; Dispositive Motions due 6/8/03 Amended Pleadings due 01/07/03 Motions to Dismiss due 02/07/03 (Ferguson, L.) (Entered: 11/08/2002) |
| 11/07/2002 | 3 | Supplemental Order re: motion filing procedures (Ferguson, L.) (Entered: 11/08/2002) |
| 12/30/2002 | 4 | SUMMONS Returned Executed on 11/26/02 as to Dept. of Agriculture (Falcone, K.) (Entered: 12/30/2002) |
| 12/30/2002 | 5 | SUMMONS Returned Executed on 11/26/02 as to US Attorney General (Falcone, K.) (Entered: 12/30/2002) |
| 12/30/2002 | 6 | SUMMONS Returned Executed on 11/26/02 as to US Attorney (Falcone, K.) (Entered: 12/30/2002) |
| 01/23/2003 | 7 | APPEARANCE of Attorney for Dept. of Agriculture -- Lauren M. Nash (Falcone, K.) (Entered: 01/23/2003) |
| 01/23/2003 | 8 | MOTION by Dept. of Agriculture to Extend Time until 2/26/03 to respond to Complaint (Falcone, K.) (Entered: 01/23/2003) |
| 01/23/2003 |   | ENDORSEMENT [8-1] motion to Extend Time until 2/26/03 to respond to Complaint ordered accordingly ( signed by Clerk ) (Falcone, K.) (Entered: 01/23/2003) |

| Date | Doc # | Description |
|---|---|---|
| 02/27/2003 | 9 | ANSWER and Affirmative Defenses to Complaint by Dept. of Agriculture; jury demand (Falcone, K.) (Entered: 02/27/2003) |
| 03/31/2003 | 10 | MOTION by Dept. of Agriculture to Extend Time to file 26f report to 4/14/03 (Depino, F.) (Entered: 04/01/2003) |
| 04/11/2003 | | ENDORSEMENT granting [10-1] motion to Extend Time to file 26f report to 4/14/03 ( signed by Judge Peter C. Dorsey ) (Warner, R.) (Entered: 04/14/2003) |
| 04/14/2003 | 11 | REPORT of Parties Planning Meeting (Warner, R.) (Entered: 04/14/2003) |
| 04/21/2003 | | ENDORSEMENT approving and adopting in part [11-1] report, reset Discovery deadline to 9/15/03 , reset Dispositive Motions due by 10/15/03 . All other deadlines as set forth in the Report are to be modified accordingly ( signed by Judge Peter C. Dorsey ) (Warner, R.) (Entered: 04/22/2003) |
| 10/10/2003 | 12 | MOTION for Extension of Time until 11/30/03 to conduct discovery until 12/15/03 to file motion for summary judgment by Dept. of Agriculture. (Warner, R.) (Entered: 10/15/2003) |
| 10/17/2003 | 13 | ENDORSEMENT ORDER granting 12 Motion for Extension of Time for discovery to 11/10/03 and to file dispositive motions to 12/15/03 . Signed by Judge Peter C. Dorsey on 10/17/03. (Depino, F.) (Entered: 10/21/2003) |
| 10/17/2003 | | Set Deadlines/Hearings: Discovery due by 11/10/2003. Dispositive Motions due by 12/1/2003. (Depino, F.) (Entered: 10/21/2003) |
| 11/25/2003 | 14 | MOTION for Extension of Time to 1/5/04 to file Motion for Summary Judgment by Dept. of Agriculture. (Pesta, J.) (Entered: 11/26/2003) |
| 12/09/2003 | 15 | ENDORSEMENT ORDER granting 14 Motion for Extension of Time to 1/5/04 to file Motion for Summary Judgment . Signed by Judge Peter C. Dorsey on 12/8/03. (Pesta, J.) (Entered: 12/09/2003) |
| 12/09/2003 | | Set Deadline: Dispositive Motions due by 1/5/2004. (Pesta, J.) (Entered: 12/09/2003) |
| 12/16/2003 | 16 | CERTIFICATE OF SERVICE of Motion for Summary Judgment by Dept. of Agriculture (Pesta, J.) (Entered: 12/16/2003) |
| 12/31/2003 | 17 | MOTION for Extension of Time to 2/4/04 to reply to Motion for Summary Judgment by Leroy J. Holdmeyer. (Pesta, J.) (Entered: 12/31/2003) |

| Date | | Entry |
|---|---|---|
| 12/31/2003 | 🔵 18 | ENDORSEMENT ORDER granting 17 Motion for Extension of Time to 2/4/04 to respond to Motion for Summary Judgment. Signed by Clerk on 12/31/03. (Pesta, J.) (Entered: 12/31/2003) |
| 02/11/2004 | 🔵 19 | MOTION for Summary Judgment by Dept. of Agriculture. Responses due by 3/3/2004 (Pesta, J.) (Entered: 02/12/2004) |
| 02/11/2004 | 🔵 20 | Memorandum in Support of 19 MOTION for Summary Judgment filed by Dept. of Agriculture. (Pesta, J.) (Entered: 02/12/2004) |
| 02/11/2004 | 🔵 21 | Statement of Material Facts re 19 MOTION for Summary Judgment filed by Dept. of Agriculture. Exhibits not scanned-filed in paper format. (Pesta, J.) (Entered: 02/12/2004) |
| 02/11/2004 | 🔵 22 | Certification of service by Dept. of Agriculture re 19 MOTION for Summary Judgment (Pesta, J.) (Entered: 02/12/2004) |
| 02/11/2004 | 🔵 23 | Notice if Manual Filing of Memorandum in Opposition to 19 MOTION for Summary Judgment filed by USA on behalf of Leroy J. Holdmeyer. (Pesta, J.) (Entered: 02/12/2004) |
| 02/11/2004 | 🔵 24 | Statement of Material Facts re 19 MOTION for Summary Judgment filed by Leroy J. Holdmeyer. (Pesta, J.) (Entered: 02/12/2004) |
| 02/11/2004 | 🔵 36 | MEMORANDUM IN OPPOSITION re 19 MOTION for Summary Judgment filed by Leroy J. Holdmeyer. (Villano, P.) (Entered: 06/16/2004) |
| 02/18/2004 | 🔵 25 | Second MOTION for Extension of Time to 2/18/04 to File Response as to 19 MOTION for Summary Judgment by Leroy J. Holdmeyer. (Pesta, J.) (Entered: 02/18/2004) |
| 02/18/2004 | 🔵 26 | Extension of Second MOTION for Extension of Time to 3/3/04 to File Responseto 19 MOTION for Summary Judgment by Leroy J. Holdmeyer. (Pesta, J.) (Entered: 02/18/2004) |
| 02/18/2004 | 🔵 27 | NOTICE of service of Opposition by Leroy J. Holdmeyer to 19 MOTION for Summary Judgment (Pesta, J.) (Entered: 02/18/2004) |
| 02/18/2004 | 🔵 28 | MOTION for Extension of Time to 3/16/04 to File reply as to 19 MOTION for Summary Judgment by Dept. of Agriculture. (Pesta, J.) (Entered: 02/19/2004) |
| 02/19/2004 | 🔵 29 | RULING denying 25 Second Motion for Extension of Time to File Response as to 19 MOTION for Summary Judgment, GRANTING 26 MOTION for Extension of Time to 3/3/04 to File Response to 19 MOTION for Summary Judgment by Leroy J. Holdmeyer, |

| | | |
|---|---|---|
| | | GRANTING 28 MOTION for Extension of Time to 3/16/04 to File Response as to 19 MOTION for Summary Judgment by Dept of Agriculture. Signed by Judge Peter C. Dorsey on 2/19/04. (Pesta, J.) (Entered: 02/20/2004) |
| 03/03/2004 | 30 | AFFIDAVIT Signed By John L. Roderick filed by Leroy J. Holdmeyer. (Pesta, J.) (Entered: 03/04/2004) |
| 03/16/2004 | 31 | REPLY to Response to 19 MOTION for Summary Judgment filed by Dept. of Agriculture. (Pesta, J.) (Entered: 03/16/2004) |
| 06/07/2004 | 34 | MOTION for Clarification of term "FSIS Employee" by Leroy J. Holdmeyer. (Pesta, J.) (Entered: 06/14/2004) |
| 06/09/2004 | 32 | RULING granting 19 Motion for Summary Judgment. Signed by Judge Peter C. Dorsey on 6/9/04. (Inferrera, L.) (Entered: 06/09/2004) |
| 06/14/2004 | 33 | JUDGMENT in favor of defendant against plaintiff. Signed by Clerk on 6/14/04. (Pesta, J.) (Entered: 06/14/2004) |
| 06/14/2004 | | ***Civil Case Terminated. (Pesta, J.) (Entered: 06/14/2004) |
| 06/14/2004 | 35 | RULING denying 34 Motion for Clarification. Signed by Judge Peter C. Dorsey on 6/14/04. (Pesta, J.) (Entered: 06/15/2004) |
| 07/09/2004 | 37 | NOTICE OF APPEAL as to 33 Judgment by Leroy J. Holdmeyer. Filing fee $ 255, receipt number N012913.Certified copy of docket and copy of NOA mailed to USCA. (Pesta, J.) (Entered: 07/12/2004) |
| 07/12/2004 | | Certified and Transmitted Record on Appeal to US Court of Appeals re 37 Notice of Appeal. (Pesta, J.) (Entered: 07/12/2004) |

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOLDMEYER | ) | DOCKET NO. 3:02-CV-1978(PCD) |
| | ) | |
| | ) | USCA NO. |
| | ) | |
| VS. | ) | |
| | ) | |
| DEPARTMENT OF AGRICULTURE | ) | |
| | ) | |
| | ) | |

### CLERK'S CERTIFICATE

I, Kevin F. Rowe, Clerk of the United States District Court for the District of Connecticut, do hereby certify that the foregoing copies of the docket entries consisting of **4** pages and the documents numbered **1** through **37** inclusive, constitute the Record on Appeal in the above-captioned case.

I further certify that transmission of the Record on Appeal has been effected under date of July 12, 2004 pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure.

Dated at New Haven, Connecticut, this 12 day of July, 2004.



KEVIN F. ROWE, CLERK
BY

Joanne Pesta
Deputy Clerk