CONN/NHCT
Dorsey
02-cv-1978

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 2nd day of September, two thousand and five.

PRESENT:

    Hon. John M. Walker, Jr.,
        Chief Judge,
    Hon. Guido Calabresi,
    Hon. Chester J. Straub,
        Circuit Judges.

[FILED SEP -2 2005 — United States Court of Appeals, Second Circuit, Roseann B. MacKechnie, Clerk]

------------------------------------------------X

LEROY J. HOLDMEYER,

    Plaintiff-Appellant,

    - v. -                                              No. 04-3843-cv

DEP'T OF AGRICULTURE, ANN M. VENEMAN,
Secretary of the Department of Agriculture,

    Defendant-Appellee.

------------------------------------------------X

APPEARING FOR APPELLANT:    LEROY J. HOLDMEYER, pro se,
                                  Ivoryton, CT.

APPEARING FOR APPELLEE:     LAUREN M. NASH, Assistant United
                                  States Attorney (Kevin J. O'Connor,
                                  United States Attorney for the

— ISSUED AS MANDATE: 11/30/05 —

District of Connecticut, William J. Nardini, Assistant United States Attorney, <u>on the brief</u>), New Haven, CT.

Appeal from the United States District Court for the District of Connecticut (Peter C. Dorsey, <u>Judge</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be and it hereby is **AFFIRMED**.

Plaintiff-appellant Leroy J. Holdmeyer appeals from a June 14, 2004, judgment of the United States District Court for the District of Connecticut (Peter C. Dorsey, <u>Judge</u>) granting summary judgment for defendant-appellee Ann M. Veneman, Secretary of the U.S. Department of Agriculture. Familiarity with the facts and procedural history is assumed.

On appeal, Holdmeyer argues that the district court erred in granting summary judgment for the defendant-appellee. For substantially the same reasons identified in the district court's opinion of June 9, 2004, we affirm. The district court properly dismissed Holdmeyer's first claim on timeliness grounds. Holdmeyer's evidence regarding the other three "issues" do not demonstrate that he was subject to an adverse employment action or discriminatory animus. <u>See generally</u> <u>McDonnell Douglas Corp. v. Green</u>, 411 U.S. 792 (1973).

We have carefully considered Holdmeyer's other arguments and find them to be without merit.

Accordingly, and for the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

Lucille Carr, Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK